311 2 160400
1/19/2011



# DIVIDENDS REMITTED TO THE COURT

Case Number 09-31920 - TORRES, JULIE M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Cach, LLC**<br>**Tobin & Melien**<br>**45 Court St**<br>**New Haven, CT 06511**<br>(6-1) Proof of Claim | **000006B** | **8,748.61** | **0.31** |
| ---------- Remittance Total -------------- | | **8,748.61** | **0.31** |

BARBARA H. KATZ, TRUSTEE

2011 JAN 19 AM 9:53